UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALICE TISTHAMMER,

    Plaintiff,

v.                                                      CASE NO.:  6:18-cv-1936-Orl-40-DCI

AECOM,

    Defendant.
_____/

## JOINT NOTICE OF NON OBJECTION
## TO REPORT AND RECOMMENDATION

Plaintiff, ALICE TISTHAMMER, and Defendant, AECOM, by and through their undersigned attorneys, jointly file this Notice of their Non Objection to the factual findings and the legal conclusions in the Report and Recommendation issued by this Court on October 25, 2019, in the above captioned case. (Doc 32).

Accordingly, the undersigned attorneys for the parties and the parties request that this Court enter an Order granting the parties' Joint Renewed Motion for Approval of Settlement (Doc. 31) as Magitrate Judge Irick recommends in the Report and Recommendation and to dismiss this matter with prejudice and to close the Court's file for this case.

Respectfully submitted this 28th day of October, 2019,

| | |
|---|---|
| */s/ Thomas J. Pilacek* | */s/ John Finnigan* |
| Thomas J. Pilacek, Esq. | John Finnigan, Esq. |
| Florida Bar No.: 143576 | Florida Bar No.: 972363 |
| THOMAS J. PILACEK & ASSOCIATES | FINNIGAN LAW FIRM, P.A. |
| Winter Springs Town Center | 1700 Maitland Avenue |
| 158 Tuskawilla Road, Suite 2320 | Maitland, FL  32751 |
| Winter Springs, FL  32708 | Telephone: (407) 478-3700 |
| Telephone: (407) 660-9595 | Facsimile:  (407) 478-6999 |
| Facsimile:  (407) 660-8343 | Email:  john@finniganlaw.com |
| Email:  tpilacek@pilacek.com | Attorney for Defendant |
| Attorney for Plaintiff | |