**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**


ALICE TISTHAMMER,

        Plaintiff,

v.                                       Case No:  6:18-cv-1936-Orl-40DCI

AECOM,

        Defendant.
_____/

## <u>ORDER</u>

This cause is before the Court on the parties' Joint Renewed Motion for Approval of Settlement Agreement (Doc. 31), filed on July 16, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection (Doc. 33), noting neither party has any objections to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed October 25, 2019 (Doc. 32), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The parties' Joint Renewed Motion for Approval of Settlement Agreement (Doc. 31) is **GRANTED**.

3.      The case is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on October 28, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties